JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| United States of America, | Case No. SACV17-00187 JLS (KESx) |
|---|---|
| Plaintiff, | Judgment in favor of the United States of America and against the Estate of Denis Gurney |
| v. | |
| Eric Gurney, as Executor of the Estate of Denis Gurney, | |
| Defendant. | |

Based on the Stipulation to reduce FBAR penalty to judgment ("Stipulation") and for good cause shown, the Stipulation is GRANTED.

IT IS HEREBY ORDREED, ADJUDGED AND DECREED that:

1. Pursuant to 31 U.S.C § 5321(a)(5)(B)(i), defendant Estate of Denis Gurney is liable and indebted to the United States of America for the Report of Foreign Bank and Financial Accounts ("FBAR") penalty assessment for the years 2006, 2007, and 2008, in the amount of $30,000, plus statutory interest accruing from the date of assessment on February 6, 2015, as provided by law, until such obligation is paid in full.

2. Defendant Estate of Denis Gurney is liable and indebted to the United States of America for the failure-to-pay the assessed FBAR penalty, pursuant to 31 U.S.C. § 3717(e)(2), in the amount of $2,968.76 as provided by law.

3. As against each other, the parties will each bear their own costs and attorney's fees.

Dated:   March 27, 2017

_____
Hon. JOSEPHINE L. STATON
United States District Judge

2